NATIONAL SMELTING CORPORATION v. PAUL C. CUTLER and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

WILLIAM ISENSEE v. FREDERICK FREESE, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

FRANK W. COLE v. WARNER-QUINLAN ASPHALT COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of LEO LUBLINER v. MAXWELL ARENT.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

S. E. GOLDMANN COMPANY, INC., v. SAMUEL SCHER and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JULIUS KISLAK v. DUNCAN I. ROBERTS, as President, etc.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

BRIEGER PRESS, INC., v. STERLING EFFICIENCY CORPORATION.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

GEORGE McM. GODLEY, as Executor, etc., v. CRANDALL & GODLEY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

PUBLIC NATIONAL BANK OF NEW YORK v. MORTIMER H. REISS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

PUBLIC NATIONAL BANK OF NEW YORK v. MORTIMER H. REISS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

IRVING BLOOM v. ABRAM BLOOM COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MORRIS STEINBERG v. AARON D. LUBELL and Others.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ANNA J. SMITH v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ABRAHAM WOLFF v. THE TRAVELERS INDEMNITY COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.